UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JADE ALEXANDER BEAVIN,<br><br>   Defendant. | CASE NO. MJ22-276<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by complaint with unlawful possession of a firearm on January 24, 2020. The pretrial and probation report indicates that at the time of the alleged offense, Defendant was on Supervision with the Department of Corrections. This is supported by the complaint's allegation that Defendant was stopped on January 24, 2020 based upon an active Department of Corrections warrant. Defendant was taken into state custody and thereafter went back and for the between imprisonment and work release. Imprisonment normally follows failure to abide by work release conditions, and Defendant was in prison until May 13, 2021. Although a second complaint has not yet been sworn, the United States proffered that Defendant may be

DETENTION ORDER - 1

charged with unlawful possession of a firearm, this time allegedly occurring in May 2022. That charge flows from Defendant's arrest and pending felony prosecution for taking a motor vehicle and attempting to elude. In addition, the United States proffered Defendant may be charged with another new offense involving a large amount of controlled substances and another firearm. Defendant's criminal history goes back 14 years and it does not appear his misconduct is slowing down. The Court also notes that Defendant's DOSA sentence was revoked, and numerous warrants for failing to appear for court hearings have been issued, and Defendant has been charged in the past with bail jumping. Based on how the present charges allegedly occurred while on state supervision; defendant's rocky performance while on supervision resulting in imprisonment, and the likelihood that additional new charges for unlawful possession of a firearm and drug trafficking may be filed, the court concludes Defendant must be detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DETENTION ORDER - 2

DATED this 28th day of June, 2022.

                                                              _____
                                                              BRIAN A. TSUCHIDA
                                                              United States Magistrate Judge

DETENTION ORDER - 3